# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES V. EARNEST, | Case No. 2:17-cv-02065-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 9) |
| SETERUS, INC., et al., | |
| Defendant(s). | |

Pending before the Court is the parties' proposed discovery plan. Docket No. 9. The parties seek a discovery period 185 days beyond the presumptively reasonable discovery period based on (1) their need to assess the required experts and (2) tailor their discovery to new case law that addresses "HOA super-lien issues." *Id.* at 2. The parties do not submit why assessing experts or addressing case law from the Federal Courts and the Nevada Supreme Court will affect discovery so as to more than double the presumptive period of time for discovery. Local Rule 26-1(b).

Accordingly, the Court **DENIES** without prejudice the parties' proposed discovery plan and scheduling order. Docket No. 9. The parties shall file a renewed joint proposed discovery plan and scheduling order that complies with the Court's local rules, no later than October 27, 2017.

IT IS SO ORDERED.

DATED: October 23, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge