**MICHAEL J. HARKER, ESQ.**
Nevada Bar No. 005353
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES V. EARNEST, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SETERUS, INC., a Corporation; Attorney in Fact for FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNY MAE); and DOES I through X, inclusive,<br>Defendants | Case No.: 2:17-cv-02065-RFB-NJK<br><br>**PLAINTIFF AND SETERUS, INC., AND FEDERAL NATIONAL MORTGAGE ASSOCIATION'S , STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff CHARLES V. EARNEST and Defendants SETERUS, INC., and FEDERAL NATIONAL MORTGAGE ASSOCIATION, by and through their attorney of record, hereby stipulate to extend the time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

WHEREAS, Counsel for Plaintiff requires additional time to respond to the Motion for Summary Judgment.

WHEREAS, Plaintiff and SETERUS, INC., and FEDERAL NATIONAL MORTGAGE ASSOCIATION, agree to extend Plaintiff's time to respond to SETERUS, INC., and FEDERAL NATIONAL MORTGAGE ASSOCIATION Motion until Thursday, April 26, 2018.

WHEREAS, this request is not made for purpose of delay and is supported by good cause. Specifically, the parties are attempting to settle this matter.

/ / /

MICHAEL J. HARKER, ESQ.
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000 - Fax 425-7290

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and SETERUS, INC., and FEDERAL NATIONAL MORTGAGE ASSOCIATION, that Plaintiff shall respond to SETERUS, INC., and FEDERAL NATIONAL MORTGAGE ASSOCIATION'S Motion on or before Thursday, April 26, 2018.

**IT IS SO STIPULATED**.

Dated April 12, 2018                              Dated April 12, 2018

Submitted by:
The Law Office of Michael J. Harker, Esq.         Wright, Finlay & Zak, LLP.

/s/ Michael J. Harker                             /s/ Christina V. Miller
**MICHAEL J. HARKER, ESQ.**                       **CHRISTINA V. MILLER, ESQ.**
**Nevada Bar No.: 005353**                        **Nevada Bar No.: 12448**
2901 El Camino Ave., Suite 200                    7785 W. Sahara Ave. Suite 200
Las Vegas, NV 89102                               Las Vegas, NV 89117
(702) 248-3000                                    (702) 475-7964
Attorney for Plaintiff                            Attorney for Defendants

## ORDER

**IT IS ORDERED THAT** Plaintiff shall respond to SETERUS, INC., and FEDERAL NATIONAL MORTGAGE ASSOCIATION's Motion to Dismiss Complaint on or before Thursday, April 26, 2018.

**IT IS SO ORDERED.**

Dated this 13th day of April, 2018

_____
RICHARD F. BOULWARE, II
United States District Judge