1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**

9                              **DISTRICT OF NEVADA**

10
   CHARLES V. EARNEST,                        )      Case No. 2:17-cv-02065-RFB-NJK
11                                             )
                     Plaintiff(s),             )      ORDER
12                                             )
   vs.                                         )      (Docket No. 20)
13                                             )
   SETERUS, INC., et al.,                      )
14                                             )
                     Defendant(s).             )
15   _____       )

16

17         Before the Court is the parties' notice of settlement.  Docket No. 20.  The Court **ORDERS** the

18   parties to file a stipulation of dismissal no later than June 26, 2018.

19         IT IS SO ORDERED.

20         DATED: April 27, 2018

21         _____
                     NANCY J. KOPPE
22                   United States Magistrate Judge

23

24

25

26

27

28