WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada State Bar No. 0050
Christina V. Miller, Esq.
Nevada State Bar No. 12448
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
cmiller@wrightlegal.net
*Attorneys for Defendants Seterus, Inc. and*
*Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES V. EARNEST, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>SETERUS,INC., a Corporation; Attorney in Fact for FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNY MAE); and DOES I through X, inclusive,<br><br>        Defendants. | Case No.:   2:17-cv-02065-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION OF DISMISSAL** |

Plaintiff Charles V. Earnest ("Earnest"), by and through his counsel of record, Michael J. Harker, Esq. of the Law Office of Michael J. Harker, Esq., and Defendants Seterus, Inc. ("Seterus") and Federal National Mortgage Association ("Fannie Mae"), by and through their counsel of record, Dana Jonathon Nitz, Esq. and Christina V. Miller, Esq., of the law firm Wright, Finlay & Zak, LLP, (collectively, the "Parties"), hereby agree and stipulate as follows:

WHEREAS, on April 26, 2018, the Parties filed a Notice of Settlement.  ECF No. 20.

WHEREAS, on April 27, 2018, the Court filed an Order directing the Parties to file a stipulation of dismissal no later than June 26, 2018.  ECF No. 21.

WHEREAS, the Parties are still in the process of completing the terms of the settlement. A Settlement Agreement has been finalized and executed by Earnest and Fannie Mae.  Per the terms of the confidential Settlement Agreement, Earnest shall have up to July 22, 2018, to

complete his obligations under the Settlement Agreement and Fannie Mae shall have up to August 21, 2018, to complete its obligations under the Settlement Agreement.

WHEREFORE, based on the foregoing,

IT IS HEREBY STIPULATED AND AGREED that the deadline to file a stipulation of dismissal should be extended to August 24, 2018, to ensure that all terms of the settlement have been completed and dismissal of this action, with prejudice, may proceed.

DATED this 25th day of June, 2018.       DATED this 25th day of June, 2018.

WRIGHT, FINLAY & ZAK, LLP      LAW OFFICE OF MICHAEL J. HARKER, ESQ.

*/s/ Christina V. Miller, Esq.*        */s/ Michael J. Harker, Esq.*
Dana Jonathon Nitz, Esq.           Michael J. Harker, Esq.
Nevada Bar No. 0050              Nevada Bar No. 5353
Christina V. Miller, Esq.          2901 El Camino Ave., #200
Nevada Bar No. 12448            Las Vegas, Nevada 89102
7785 W. Sahara Ave., Suite 200    *Attorney for Plaintiff Charles V. Earnest*
Las Vegas, Nevada 89117
*Attorneys for Defendant Seterus, Inc. and*
*Federal National Mortgage Association*

**IT IS SO ORDERED.**

DATED:  June 26, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge